IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA GARNER, | No. CV 06-041-TUC-RCC |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT.** This action having come before the Court and a decision rendered. The Court adopted the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (Docket No. 16) is **DENIED** and the Defendant's Motion for Summary Judgment (Docket No. 22) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment and close this case.

DATED this 23rd day of May, 2007.

Raner C. Collins
United States District Judge